**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE: WALTER F. GILL
WALTER F. GILL,

        Appellant,

                                      Case No.  8:06-cv-898-T-24EAJ
-vs-                                  Bankr. Case No. 8:95-bk-02672-PMG

IRS,

        Appellee.
_____/

## O R D E R

    This cause comes before the Court on its own.  Pursuant to paragraph 2 of the General Order Establishing Protocol for Processing Untimely Bankruptcy Appeals,[1] Case No. 8:96-mc-118-T, dated September 25, 1996, this Court will review the bankruptcy judge's order of dismissal for untimeliness based upon the record transmitted by the clerk of the bankruptcy court.  The Court will advise the parties of a briefing schedule, if any, after the Court's determination of the timeliness of the appeal.

    **DONE AND ORDERED** at Tampa, Florida, this 17th day of May, 2006.

                                                                      SUSAN C. BUCKLEW
                                                                      United States District Judge

---

[1] Paragraph 2 states that "[a] party in interest aggrieved by the entry by the bankruptcy judge of an order dismissing the appeal for untimeliness may file in the bankruptcy court a motion for review by the district judge.  Such a motion for review shall be filed with the clerk of the bankruptcy court within 10 days of the date of the entry of the order of dismissal for untimeliness.  Upon the filing of such a motion for review, the clerk of the bankruptcy court shall transmit to the clerk of the district court a record sufficient to permit the district judge to review the bankruptcy judge's order of dismissal for untimeliness."